UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: MOHSIN, MOHAMMED | § Case No. 10-10023 |
| PATEL, MANISHA | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 09, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $     14,541.08

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 5.28 |
   | Bank service fees | 156.05 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 14,379.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/21/2010 and the deadline for filing governmental claims was 09/05/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,204.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,204.11, for a total compensation of $2,204.11.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $17.16, for total expenses of $17.16.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/23/2012         By:/s/KAREN R. GOODMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-10023  
**Case Name:** MOHSIN, MOHAMMED  
PATEL, MANISHA  
**Period Ending:** 01/23/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 03/09/10 (f)  
**§341(a) Meeting Date:** 04/28/10  
**Claims Bar Date:** 10/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5813 S. New England, Chicago, IL 60638, single f<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1219 S. Kedzie, Chicago, IL 6 flat<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1620 S. Michigan Ave. #914, Chicago, IL, condo +<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 260,000.00 | 0.00 | | 0.00 | FA |
| 4 | cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Chase checking account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | 5/3rd checking account<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 7 | usual and typical - 2 bedrooms of furniture<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 8 | usual and typical clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | wedding ring<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | DJ equipment (speakers, CDs)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | life insurance policy with New York Life (no sur<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 12 | 401k through employer<br>Orig. Asset Memo: Imported from original petition | 2,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-10023
Case Name: MOHSIN, MOHAMMED
PATEL, MANISHA
Period Ending: 01/23/12

Trustee: (520191) KAREN R. GOODMAN
Filed (f) or Converted (c): 03/09/10 (f)
§341(a) Meeting Date: 04/28/10
Claims Bar Date: 10/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| 13 | Ameritrade account 144-384820<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,135.60 | 0.00 | | 0.00 | FA |
| 14 | 1997 Honda Accord 105,000 miles<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 15 | 2003 Chevy Silverado 60,000 miles, fair conditio<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,200.00 | 730.00 | | 0.00 | FA |
| 16 | 2009 Tax Refund (u) | 0.00 | 14,540.00 | | 14,540.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 1.08 | Unknown |
| 17 | Assets    Totals (Excluding unknown values) | $622,635.60 | $16,270.00 | | $14,541.08 | $0.00 |

**Major Activities Affecting Case Closing:**
    File TFR.

Initial Projected Date Of Final Report (TFR):    September 30, 2011      Current Projected Date Of Final Report (TFR):    January 31, 2012

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-10023 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | MOHSIN, MOHAMMED | | Bank Name: | The Bank of New York Mellon |
| | PATEL, MANISHA | | Account: | 9200-******03-65 - Money Market Account |
| Taxpayer ID #: | **-***4698 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/10 | {16} | Leonard Becker Client Trust Acct. | Downpayment for turnover of '09 tax refund per Court order dated 9/7/10 | 1224-000 | 5,000.00 | | 5,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,000.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.13 |
| 01/06/11 | {16} | Manisha Patel & Mohammed Mohsin | Payment toward refund of '09 tax refund per Settlement Agreement. | 1224-000 | 1,000.00 | | 6,000.13 |
| 01/13/11 | {16} | Mohammed Moshin | Check deposit/check returned | 1224-000 | -1,000.00 | | 5,000.13 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.17 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #10-10023, Bond #016026455 | 2300-000 | | 5.28 | 4,994.89 |
| 02/11/11 | {16} | Mohammad Mohsin & Manisha Patel | January and February payments toward repayment of '09 tax refund per Court Order dated 2/9/11 | 1224-000 | 2,000.00 | | 6,994.89 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,994.93 |
| 03/28/11 | {16} | Mohammed Mohsin & Manisha Patel | Payment toward refund of '09 tax refund per Settlement Agreement. | 1224-000 | 2,000.00 | | 8,994.93 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,994.99 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,995.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,995.13 |
| 06/15/11 | {16} | Mohammed Mohsin & Manisha Patel | May & June payments toward repayment of '09 tax refund per Court Order dated 2/9/11. | 1224-000 | 2,000.00 | | 10,995.13 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,995.21 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,995.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.09 | 10,974.21 |
| 08/22/11 | {16} | Mohammed Mohsin & Manisha Patel | July & August payments toward repayment of '09 tax refund per Court order of 2/9/11. | 1224-000 | 2,000.00 | | 12,974.21 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,974.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.66 | 12,947.64 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.75 | 12,948.39 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,948.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.60 | 12,921.89 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,921.99 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.67 | 12,896.32 |
| 11/21/11 | {16} | Mohammad Mohsin & Manisha | Partial payment of September payment toward | 1224-000 | 800.00 | | 13,696.32 |

Subtotals: $13,800.87 $104.55

{} Asset reference(s)

Printed: 01/23/2012 01:07 PM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-10023 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | MOHSIN, MOHAMMED | | Bank Name: | The Bank of New York Mellon |
| | PATEL, MANISHA | | Account: | 9200-******03-65 - Money Market Account |
| Taxpayer ID #: | **-***4698 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 01/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Patel | repayment of '09 tax refund per Court order of 2/9/11 | | | | |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,696.42 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.70 | 13,667.72 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,667.83 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.08 | 13,639.75 |
| 01/03/12 | {16} | Mohammed Hohsin, Manisha Patel | Final payment of repayment of '09 tax refund per Court order of 2/9/11 | 1224-000 | 740.00 | | 14,379.75 |
| | | | **ACCOUNT TOTALS** | | 14,541.08 | 161.33 | $14,379.75 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,541.08 | 161.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,541.08** | **$161.33** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******03-65 | 14,541.08 | 161.33 | 14,379.75 |
| | $14,541.08 | $161.33 | $14,379.75 |

{} Asset reference(s)

Printed: 01/23/2012 01:07 PM   V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-10023
Case Name: MOHSIN, MOHAMMED
Trustee Name: KAREN R. GOODMAN

**Balance on hand:**        $    14,379.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   14,379.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,204.11 | 0.00 | 2,204.11 |
| Trustee, Expenses - KAREN R. GOODMAN | 17.16 | 0.00 | 17.16 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 2,816.50 | 0.00 | 2,816.50 |

Total to be paid for chapter 7 administration expenses:   $   5,037.77
Remaining balance:   $   9,341.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   9,341.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

UST Form 101-7-TFR (05/1/2011)

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 9,341.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 107,375.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 24,019.52 | 0.00 | 2,089.77 |
| 2 | Chase Bank USA, N.A. | 13,304.60 | 0.00 | 1,157.54 |
| 3 | Chase Bank USA, N.A. | 12,081.88 | 0.00 | 1,051.15 |
| 4 | SALLIE MAE, Inc. | 39,924.17 | 0.00 | 3,473.50 |
| 5 | SALLIE MAE, Inc. | 7,464.21 | 0.00 | 649.41 |
| 6 | GE Money Bank | 1,673.22 | 0.00 | 145.57 |
| 7 | Fia Card Services, NA/Bank of America | 8,908.22 | 0.00 | 775.04 |

| | Total to be paid for timely general unsecured claims: | $ | 9,341.98 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||||

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)