|  | The Honorable: | SUSAN PIERSON SONDERBY |
|---|---|---|
|  | Chapter 7 |  |
|  | Location: | Room 642 |
|  | Hearing Date: | 03/14/2012 |
|  | Hearing Time: | 10:30am |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MOHSIN, MOHAMMED § Case No. 10-10023
PATEL, MANISHA §
Debtor(s) §§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/14/2012 in Courtroom 642, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/13/2012     By:     /s/KAREN R. GOODMAN
                                    Trustee

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-400

UST Form 101-7-NFR (10/1/2010)

KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

Chapter 7 Trustee

The Honorable: SUSAN PIERSON SONDERBY
Chapter 7
Location: Room 642
Hearing Date: Wednesday, March 14, 2012
Hearing Time: 10:30 a.m.
Response Date:

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MOHSIN, MOHAMMED § Case No. 10-10023
PATEL, MANISHA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 14,541.08

*and approved disbursements of* $ 161.33

*leaving a balance on hand of* [1] $ 14,379.75

**Balance on hand:** $ 14,379.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,379.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 2,204.11 | 0.00 | 2,204.11 |
| Trustee, Expenses - KAREN R. GOODMAN | 17.16 | 0.00 | 17.16 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 2,816.50 | 0.00 | 2,816.50 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,037.77 |
| Remaining balance: | $ | 9,341.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,341.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,341.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 107,375.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 24,019.52 | 0.00 | 2,089.77 |
| 2 | Chase Bank USA, N.A. | 13,304.60 | 0.00 | 1,157.54 |
| 3 | Chase Bank USA, N.A. | 12,081.88 | 0.00 | 1,051.15 |
| 4 | SALLIE MAE, Inc. | 39,924.17 | 0.00 | 3,473.50 |
| 5 | SALLIE MAE, Inc. | 7,464.21 | 0.00 | 649.41 |
| 6 | GE Money Bank | 1,673.22 | 0.00 | 145.57 |
| 7 | Fia Card Services, NA/Bank of America | 8,908.22 | 0.00 | 775.04 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,341.98 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-10023-JPC
Mohammed Mohsin  Chapter 7
Manisha Patel
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: gbeemster     Page 1 of 3     Date Rcvd: Feb 16, 2012
                  Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2012.

```
db/jdb     +Mohammed Mohsin,    Manisha Patel,    5813 S. New England,    Chicago, IL 60638-3218
aty        +Karen R Goodman,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
             Chicago, IL 60601-4277
tr         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    444 North Michigan Ave Suite 2500,
             Chicago, IL 60611-3997
15228316   +1620 S. Michigan Condo Assn,    c/o Kovitz Shifrin,    750 Lake Cook Rd. #350,
             Buffalo Grove, IL 60089-2088
15228317   +BAC Home Loans/Countrywide,    450 American St. #SV416,    Simi Valley, CA 93065-6285
15228318    Bank of America,    PO Box 15019,    Wilmington, DE 19886-5710
15228319   +Central Loan Admin & Rep,    425 Phillips Blvd.,    Phillips, NJ 08618-1430
15228320   +Charter One Bank,    1215 Superior Ave.,    Cleveland, OH 44114-3299
15228321    Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15966094    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15228322   +Citi,    POB 6500,    Sioux Falls, SD 57117-6500
15228323   +City of Chicago,    Corporation Counsel,    30 N. LaSalle #800,    Chicago, IL 60602-3542
15228324   +City of Chicago - Dept of Revenue,    121 N. LaSalle,    Room 107A,    Chicago, IL 60602-1288
15228325   +City of Chicago Dept of Water,    333 S. State St.,    Room LL10,    Chicago, IL 60604-3957
15228327   +Fifth Third Bank,    POB 740789,    Cincinnati, OH 45274-0789
15228329   +Goldman & Grant,    205 W. Randolph #1100,    Chicago, IL 60606-1813
15228330   +Household Bank,    12447 SW 69th Ave.,    Tigard, OR 97223-8517
15228331   +Markoff & Krasny,    29 N. Wacker Dr. #500,    Chicago, IL 60606-3227
15228332   +National Credit Managers,    PO Box 140925,    Orlando, FL 32814-0925
15228333   +Peoples Energy,    130 E Randolph,    Chicago, IL 60601-6302
15228334   +Reward Zone Mastercard,    PO Box 17051,    Baltimore, MD 21297-1051
15228336    Sprint,    PO Box 660075,    Dallas, TX 75266-0075
15228337  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Leasing,    5005 N. River Blvd. NE,
             Cedar Rapids, IA 52411)
15228326   +ebay Mastercard,    PO Box 960080,    Orlando, FL 32896-0080
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16303356    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2012 05:22:04
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16134760    E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2012 05:26:40     GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16112257   +E-mail/PDF: pa_dc_claims@salliemae.com Feb 17 2012 05:27:32     SALLIE MAE, Inc.,
             220 LASLEY AVE.,   WILKES BARRE, PA 18706-1496
15228335   +E-mail/PDF: pa_dc_claims@salliemae.com Feb 17 2012 05:27:32     Sallie Mae,   11100 USA Pkwy,
             Fishers, IN 46037-9203
                                                                                             TOTAL: 4
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15228328   ##+GEM/Paypal DC,    PO Box 981416,    El Paso, TX 79998-1416
                                                                                           TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster              Page 2 of 3             Date Rcvd: Feb 16, 2012
                              Form ID: pdf006              Total Noticed: 28

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2012**               **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: gbeemster              Page 3 of 3                  Date Rcvd: Feb 16, 2012
                               Form ID: pdf006              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2012 at the address(es) listed below:
          Christopher M Brown   on behalf of Creditor  BAC Home Loans Servicing, L.P. fka Countrywide Home
           Loans Servicing LP northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
          Karen R Goodman   on behalf of Attorney  Shefsky & Froelich Ltd. kgoodman@shefskylaw.com,
           il24@ecfcbis.com;sfdocket@shefskylaw.com
          Leonard S. Becker   on behalf of Debtor Mohammed Mohsin lenbecker@sbcglobal.net
          Lydia Y Siu   on behalf of Creditor  BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
           Servicing LP lsiu@atty-pierce.com,  northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                               TOTAL: 5