| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: SUSAN PIERSON SONDERBY |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 642 |
| SUITE 2800 | Hearing Date: / / |
| CHICAGO, IL 60601 | Hearing Time: |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MOHSIN, MOHAMMED | § Case No. 10-10023 |
| PATEL, MANISHA | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $39,770.60 |
| Total Distribution to Claimants: $9,330.53 | Claims Discharged Without Payment: $98,045.29 |
| Total Expenses of Administration: $5,210.67 | |

3) Total gross receipts of $ 14,541.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $14,541.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,210.67 | 5,210.67 | 5,210.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,820.00 | 107,375.82 | 107,375.82 | 9,330.53 |
| **TOTAL DISBURSEMENTS** | $106,820.00 | $112,586.49 | $112,586.49 | $14,541.20 |

4) This case was originally filed under Chapter 7 on March 09, 2010. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2012          By: /s/KAREN R. GOODMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax Refund | 1224-000 | 14,540.00 |
| Interest Income | 1270-000 | 1.20 |
| **TOTAL GROSS RECEIPTS** | | **$14,541.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,204.11 | 2,204.11 | 2,204.11 |
| KAREN R. GOODMAN | 2200-000 | N/A | 17.16 | 17.16 | 17.16 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 2,816.50 | 2,816.50 | 2,816.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.28 | 5.28 | 5.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 21.09 | 21.09 | 21.09 |

UST Form 101-7-TDR (10/1/2010)

| Payee | Uniform Tran. Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 26.66 | 26.66 | 26.66 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.75 | -0.75 | -0.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.60 | 26.60 | 26.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.67 | 25.67 | 25.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.70 | 28.70 | 28.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.08 | 28.08 | 28.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.57 | 11.57 | 11.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,210.67 | 5,210.67 | 5,210.67 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 24,019.00 | 24,019.52 | 24,019.52 | 2,087.20 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 13,304.00 | 13,304.60 | 13,304.60 | 1,156.11 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 12,081.00 | 12,081.88 | 12,081.88 | 1,049.87 |
| 4 | SALLIE MAE, Inc. | 7100-000 | 48,220.00 | 39,924.17 | 39,924.17 | 3,469.25 |
| 5 | SALLIE MAE, Inc. | 7100-000 | 7,562.00 | 7,464.21 | 7,464.21 | 648.61 |
| 6 | GE Money Bank | 7100-000 | 1,634.00 | 1,673.22 | 1,673.22 | 145.40 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,908.22 | 8,908.22 | 774.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---:|---:|---:|---:|
| **TOTAL GENERAL UNSECURED CLAIMS** | 106,820.00 | 107,375.82 | 107,375.82 | 9,330.53 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-10023  
Case Name: MOHSIN, MOHAMMED  
PATEL, MANISHA  
Period Ending: 04/25/12

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 03/09/10 (f)  
§341(a) Meeting Date: 04/28/10  
Claims Bar Date: 10/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5813 S. New England, Chicago, IL 60638, single f<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1219 S. Kedzie, Chicago, IL 6 flat<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1620 S. Michigan Ave. #914, Chicago, IL, condo +<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 260,000.00 | 0.00 | | 0.00 | FA |
| 4 | cash<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Chase checking account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | 5/3rd checking account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 7 | usual and typical - 2 bedrooms of furniture<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 8 | usual and typical clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 9 | wedding ring<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | DJ equipment (speakers, CDs)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | life insurance policy with New York Life (no sur<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 12 | 401k through employer<br>Orig. Asset Memo: Imported from original petition | 2,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-10023  
Case Name: MOHSIN, MOHAMMED  
PATEL, MANISHA  
Period Ending: 04/25/12

Trustee: (520191)   KAREN R. GOODMAN  
Filed (f) or Converted (c): 03/09/10 (f)  
§341(a) Meeting Date: 04/28/10  
Claims Bar Date: 10/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 13 | Ameritrade account 144-384820<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,135.60 | 0.00 |  | 0.00 | FA |
| 14 | 1997 Honda Accord 105,000 miles<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 15 | 2003 Chevy Silverado 60,000 miles, fair conditio<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,200.00 | 730.00 |  | 0.00 | FA |
| 16 | 2009 Tax Refund (u) | 0.00 | 14,540.00 |  | 14,540.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A |  | 1.20 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $622,635.60 | $16,270.00 |  | $14,541.20 | $0.00 |

**Major Activities Affecting Case Closing:**

File TFR.

Initial Projected Date Of Final Report (TFR):   September 30, 2011          Current Projected Date Of Final Report (TFR):   February 13, 2012 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-10023 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | MOHSIN, MOHAMMED | | Bank Name: | The Bank of New York Mellon |
| | PATEL, MANISHA | | Account: | 9200-******03-65 - Checking Account |
| Taxpayer ID #: | **-***4698 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 04/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/16/10 | {16} | Leonard Becker Client Trust Acct. | Downpayment for turnover of '09 tax refund per Court order dated 9/7/10 | 1224-000 | 5,000.00 | | 5,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,000.01 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.13 |
| 01/06/11 | {16} | Manisha Patel & Mohammed Mohsin | Payment toward refund of '09 tax refund per Settlement Agreement. | 1224-000 | 1,000.00 | | 6,000.13 |
| 01/13/11 | {16} | Mohammed Moshin | Check deposit/check returned | 1224-000 | -1,000.00 | | 5,000.13 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.17 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #10-10023, Bond #016026455 | 2300-000 | | 5.28 | 4,994.89 |
| 02/11/11 | {16} | Mohammad Mohsin & Manisha Patel | January and February payments toward repayment of '09 tax refund per Court Order dated 2/9/11 | 1224-000 | 2,000.00 | | 6,994.89 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,994.93 |
| 03/28/11 | {16} | Mohammed Mohsin & Manisha Patel | Payment toward refund of '09 tax refund per Settlement Agreement. | 1224-000 | 2,000.00 | | 8,994.93 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,994.99 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,995.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,995.13 |
| 06/15/11 | {16} | Mohammed Mohsin & Manisha Patel | May & June payments toward repayment of '09 tax refund per Court Order dated 2/9/11. | 1224-000 | 2,000.00 | | 10,995.13 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,995.21 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,995.30 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.09 | 10,974.21 |
| 08/22/11 | {16} | Mohammed Mohsin & Manisha Patel | July & August payments toward repayment of '09 tax refund per Court order of 2/9/11. | 1224-000 | 2,000.00 | | 12,974.21 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,974.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.66 | 12,947.64 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.75 | 12,948.39 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,948.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.60 | 12,921.89 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,921.99 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.67 | 12,896.32 |
| 11/21/11 | {16} | Mohammad Mohsin & Manisha | Partial payment of September payment toward | 1224-000 | 800.00 | | 13,696.32 |

Subtotals:  $13,800.87    $104.55

{} Asset reference(s)

Printed: 04/25/2012 03:24 PM    V.12.57

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-10023 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | MOHSIN, MOHAMMED | | Bank Name: | The Bank of New York Mellon |
| | PATEL, MANISHA | | Account: | 9200-******03-65 - Checking Account |
| Taxpayer ID #: | **-***4698 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/25/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Patel | repayment of '09 tax refund per Court order of 2/9/11 | | | | |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,696.42 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.70 | 13,667.72 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,667.83 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.08 | 13,639.75 |
| 01/03/12 | {16} | Mohammed Hohsin, Manisha Patel | Final payment of repayment of '09 tax refund per Court order of 2/9/11 | 1224-000 | 740.00 | | 14,379.75 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,379.87 |
| 02/06/12 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-10023, Bond No. 016026455 | 2300-000 | | 11.57 | 14,368.30 |
| 03/15/12 | 1003 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 03/14/2012 | 2200-000 | | 17.16 | 14,351.14 |
| 03/15/12 | 1004 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 03/14/2012 | 2100-000 | | 2,204.11 | 12,147.03 |
| 03/15/12 | 1005 | SHEFSKY & FROELICH LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 03/14/2012 | 3110-000 | | 2,816.50 | 9,330.53 |
| 03/15/12 | 1006 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 2,087.20 | 7,243.33 |
| 03/15/12 | 1007 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 1,156.11 | 6,087.22 |
| 03/15/12 | 1008 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 1,049.87 | 5,037.35 |
| 03/15/12 | 1009 | SALLIE MAE, INC. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 3,469.25 | 1,568.10 |
| 03/15/12 | 1010 | SALLIE MAE, INC. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 648.61 | 919.49 |
| 03/15/12 | 1011 | GE Money Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 145.40 | 774.09 |
| 03/15/12 | 1012 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 03/14/2012 | 7100-000 | | 774.09 | 0.00 |

Subtotals: $740.33 $14,436.65

{} Asset reference(s)

Printed: 04/25/2012 03:24 PM V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-10023 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | MOHSIN, MOHAMMED | | Bank Name: | The Bank of New York Mellon |
| | PATEL, MANISHA | | Account: | 9200-******03-65 - Checking Account |
| Taxpayer ID #: | **-***4698 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 04/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 14,541.20 | 14,541.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 14,541.20 | 14,541.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,541.20 | $14,541.20 | |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| | Checking # 9200-******03-65 | 14,541.20 | 14,541.20 | 0.00 |
| | | $14,541.20 | $14,541.20 | $0.00 |